**No. 10-8638. Brian L. Davis, Petitioner v. Hampton Public School District/Special Education.**

563 U.S. 908, 131 S. Ct. 1791, 179 L. Ed. 2d 661, 2011 U.S. LEXIS 2504.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 960.